UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No.: 13-15707 |
| STRONG, TAMEKIA LACHELLE | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |

**ORDER GRANTING TRUSTEE DOUGLAS R. JOHNSON'S
MOTION FOR TURNOVER**

This matter came before the Court on Trustee Douglas R. Johnson's Motion for Turnover of the Debtor's 2013 Federal Income Tax Return. Notice was given pursuant to E.D. Tenn. LBR 9013-1(f) and either no objection has been made, or any objection was resolved at the hearing. As such,

It is ORDERED that the Debtor shall turn over possession of the funds received pursuant to her 2013 Federal Income Tax Return upon receipt.

# # #

APPROVED FOR ENTRY BY:

JOHNSON & MULROONY, P.C.

By: */s/ Douglas R. Johnson*
    Douglas R. Johnson, Trustee  (BPR 11287)
    Post Office Box 2188
    Chattanooga, Tennessee 37400
    djohnson@johnsonmulroony.com